



U. S. Department of Justice
*United States Attorney*
*District of Nevada*
333 Las Vegas Blvd., S.,  Suite 5000
Las  Vegas, NV 89101

1   STEVEN W. MYHRE
    United States Attorney
2   NANCY J. KOPPE
    Assistant United States Attorney
3   333 Las Vegas Blvd South, Suite 5000
    Las Vegas, Nevada 89101
4   (702) 388-6336

5

# UNITED STATES DISTRICT COURT
6
# DISTRICT OF NEVADA
7
## -oOo-
8

9

10   UNITED STATES OF AMERICA,          )   CRIMINAL INDICTMENT
                                        )
11              PLAINTIFF,              )   2:07-cr-_254___
                                        )
12   VS.                                )   **VIOLATION:**
                                        )
13   CHESTER ARTHUR STILES,             )   18 U.S.C. §2251(a) - Production of Child
                                        )   Pornography_____
14   _____DEFENDANT._____)

15

16   **THE GRAND JURY CHARGES THAT:**

17

18          Between in or about May 2002, and in or about June 2004, the exact date

19   being to this Grand Jury unknown, in the State and Federal District of Nevada,

20                          **CHESTER ARTHUR STILES,**

21   defendant herein, did employ, use, persuade, induce, entice and coerce a person under the

22   age of 18 to engage in sexually explicit conduct for the purpose of producing a visual

23   depiction of such conduct, which visual depiction was produced using materials that have

24   . . .

25   . . .

26   . . .

1   been mailed, shipped, and transported in interstate and foreign commerce by any means,

2   in violation of Title 18, United States Code, Section 2251(a).

3           **DATED**: this 10th day of October 2007.

4           **A TRUE BILL:**

5

6                                        _/s/_
                        FOREPERSON OF THE GRAND JURY

7

8

9   STEVEN W. MYHRE
    United States Attorney

10

11

12   NANCY J. KOPPE
     Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26