1  GREGORY A. BROWER
   United States Attorney
2  NANCY J. KOPPE
   Assistant United States Attorney
3  333 Las Vegas Boulevard South
   Suite 5000
4  Las Vegas, Nevada 89101
   (702) 388-6336
5

6
                    **UNITED STATES DISTRICT COURT**
7
                           **DISTRICT OF NEVADA**
8
                                  -oOo-
9
   UNITED STATES OF AMERICA       )
10                                 ) 2:07-CR-254-JCM-RJJ
                    PLAINTIFF     )
11                                 ) PETITION FOR WRIT OF
          vs                       ) HABEAS CORPUS AD
12                                 ) PROSEQUENDUM FOR
   CHESTER STILES,                 ) CHESTER STILES
13                                 ) DOB: 09/14/1970
                                   ) FBI # 261473LB6
14                  DEFENDANT      ) METRO # 1366652
15  _____)

16

17        The petition of the United States Attorney for the District of Nevada respectfully shows

18  that CHESTER STILES is committed by due process of law in the custody of the Director, CCDC

19  CLARK COUNTY DETENTION CENTER, 330 South Casino Center Boulevard, Las Vegas, Nevada

20  89101, that it is necessary that the said CHESTER STILES, be temporarily released under a Writ of

21  Habeas Corpus Ad Prosequendum so that the said CHESTER STILES may be present before the

22  United States District Court for the District of Nevada, at Las Vegas, Nevada, on August 11, 2008,

23  at the hour of 3:00 p.m., for Initial Appearance and Arraignment and Plea by the said Court.

24   . . .

25   . . .

26   . . .

That the presence of the said CHESTER STILES before the United States District Court on or about August 11, 2008, at the hour of 3:00 p.m., has been ordered by the United States Magistrate Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Director, CCDC CLARK COUNTY DETENTION CENTER, 330 South Casino Center Boulevard, Las Vegas, Nevada 89101, and to the United States Marshal for the District of Nevada, commanding them to produce the said CHESTER STILES before the United States District Court on or about August 11, 2008, at the hour of 3:00 p.m., to appear before the Court, and when excused by the said Court, to be returned to the custody of the Director, CCDC CLARK COUNTY DETENTION CENTER, 330 South Casino Center Boulevard, Las Vegas, Nevada 89101 following the Initial Appearance and Arraignment and Plea by said Court.

DATED this 21st day of July, 2008.

Respectfully submitted,

GREGORY A. BROWER
United States Attorney

NANCY J. KOPPE
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA | ) 2:07-cr-254-JCM-RJJ |
| PLAINTIFF | ) |
| | ) WRIT OF HABEAS CORPUS |
| vs | ) AD PROSEQUENDUM FOR |
| | ) CHESTER STILES |
| CHESTER STILES | ) |
| | ) |
| DEFENDANT | ) |

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   CCDC CLARK COUNTY DETENTION CENTER
       330 SOUTH CASINO CENTER BOULEVARD,
       LAS VEGAS, NEVADA 89101
       UNITED STATES MARSHAL FOR THE DISTRICT OF
       NEVADA AND ANY OTHER UNITED STATES MARSHAL

### G R E E T I N G S :

WE COMMAND that you have the body of CHESTER STILES, detained in the custody of the Director, CCDC CLARK COUNTY DETENTION CENTER, 330 South Casino Center Boulevard, Las Vegas, Nevada 89101, before the United States District Court at the Lloyd D. George United States Courthouse in Las Vegas, Nevada, on or about August 11, 2008, at the hour of 3:00 p.m. for Initial Appearance and Arraignment and Plea until the said CHESTER STILES is released and discharged by the said Court; and that you shall thereafter return the said CHESTER STILES to the

1 | custody of the Director, CCDC CLARK COUNTY DETENTION CENTER, 330 South Casino Center
2 | Boulevard, Las Vegas, Nevada 89101, under safe and secure conduct, and have you then and there this
3 | writ.

DATED:

_____
UNITED STATES MAGISTRATE JUDGE

ATTEST:

LANCE S. WILSON, Clerk
United States District Court

By _____
    Deputy

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA ) | ) 2:07-CR-254-JCM-RJJ |
| PLAINTIFF ) | ) |
| ) | ) ORDER FOR ISSUANCE OF |
| vs ) | ) WRIT OF HABEAS CORPUS |
| ) | ) AD PROSEQUENDUM FOR |
| CHESTER STILES ) | ) CHESTER STILES |
| ) | ) |
| DEFENDANT ) | ) |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefor,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said CHESTER STILES before the United States District Court at Las Vegas, Nevada, on or about August 11, 2008, at the hour of 3:00 p.m.

DATED:

_____
UNITED STATES MAGISTRATE JUDGE