UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA

        Plaintiff(s),

VS.                                            2:07-cr-254-JCM-RJJ

CHESTER ARTHUR STILES

        Defendant(s),

**ORDER FOR DESTRUCTION OF EXHIBITS**

    The Clerk's Office having given notice to counsel as prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, and counsel having failed to make arrangements to retrieve the exhibits in the allotted time, **IT IS HEREBY ORDERED** that the Clerk is authorized to destroy the exhibits previously admitted in this matter.

Dated: December 1, 2010

_____
**U.S. DISTRICT JUDGE**